■ XEROX CORPORATION, Appellant, v TOWN OF WEBSTER et al., Respondents. (Appeal No. 2.) [616 NYS2d 283] —Appeal unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Monroe County, Wisner, J.—Reargument.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.